UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SUET F. WONG,<br><br>                                Plaintiff(s),<br><br>    v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, et al.,<br><br>                                Defendant(s). | Case No. 2:19-CV-2226 JCM (VCF)<br><br>ORDER |

Presently before the court is the matter of *Wong v. Countrywide Financial Corporation*, case number 2:19-cv-02226-JCM-VCF.  Suet F. Wong ("plaintiff") filed the instant action on December 27, 2019, against Countrywide Financial Corporation, Bank of America, FCI Service Lender LLC, Countrywide Home Loans Inc., and Countrywide Bank of BAC Bank (collectively "defendants").  (ECF No. 1).

Federal Rule of Civil Procedure 4(m) provides as follows:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1), or to service of a notice under Rule 71.1(d)(3)(A).

Fed. R. Civ. P. 4(m).

More than 90 days have elapsed since the instant action was filed.  To date, plaintiff has not served any of the defendants.

**James C. Mahan**
**U.S. District Judge**

1    March 5, 2020, the court gave plaintiff notice of its intent to dismiss plaintiff's claims
2 pursuant to Fed. R. Civ. P. 4(m).  Plaintiff has not responded, served the defendants, or otherwise
3 appeared.
4    Accordingly,
5    IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's claims be, and
6 the same hereby are, DISMISSED.
7    The clerk is instructed to close the case accordingly.
8    DATED June 8, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -